# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
DAARINA SAKINAH MUHAMMAD § Case No. 11-03994
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        219 S. Dearborn Street
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 05/20/2015 in Courtroom 642 (Judge Goldgar),
        EVERETT MCKINLEY DIRKSEN - U.S. COURTHOUSE
        219 S. DEARBORN STREET
        CHICAGO, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/20/2015          By: /s/ Frances Gecker
                                                     Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
DAARINA SAKINAH MUHAMMAD § Case No. 11-03994
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 3,950.00 |
| and approved disbursements of | $ | 120.00 |
| leaving a balance on hand of[1] | $ | 3,830.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | MONTEREY FINANCIAL SERVICES | $ 100.00 | $ 100.00 | $ 0.00 | $ 98.36 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 98.36 |
| Remaining Balance | $ | 3,731.64 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 987.50 | $ 0.00 | $ 800.00 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 2,500.00 | $ 0.00 | $ 2,500.00 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 1.35 | $ 0.00 | $ 1.35 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| | Total to be paid for chapter 7 administrative expenses | $ 3,301.35 |
|---|---|---|
| | Remaining Balance | $ 430.29 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 430.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | MONTEREY FINANCIAL SERVICES | $ 430.29 | $ 0.00 | $ 430.29 |
| | Total to be paid to timely general unsecured creditors | | | $ 430.29 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      Prepared By: /s/ Frances Gecker
            Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Daarina Sakinah Muhammad  
       Debtor

Case No. 11-03994-ABG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: arodarte     Page 1 of 2     Date Rcvd: Apr 21, 2015  
                   Form ID: pdf006     Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2015.

```
db              #+Daarina Sakinah Muhammad,    8236 Vernon Ave,    Chicago, IL 60619-4906
aty              +William Cross,    Frank/Gecker LLP,    325 N. LaSalle St.,    Chicago, IL 60654-6465
16749737         +Aflac,    Attn: Bankruptcy Dept.,    1932 Wynnton Rd.,    Columbus, GA 31999-0002
16749729         +City of Chicago Dept of Water,    Bankruptcy Department,    PO Box 6330,    Chicago, IL 60680-6330
16749726         +City of Chicago/Dept. of Rev.,    Cost Recovery & Coll. Div.,    121 N. LaSalle St., Room 107A,
                   Chicago, IL 60602-1232
16749718         +Clerk, Chancery,    Doc#10 CH 09440,    50 W. Washington St., Room 802,    Chicago, IL 60602-1305
16749727         +Clerk, First Mun Div,    09 M1 665143,    50 W. Washington St., Rm. 1001,
                   Chicago, IL 60602-1316
16749730         +Clerk, First Mun Div,    Doc # 09 M1 665143,    50 W. Washington St., Rm. 1001,
                   Chicago, IL 60602-1316
16749724         +Clerk, First Mun Div,    04 M1 729350,    50 W. Washington St., Rm. 1001,
                   Chicago, IL 60602-1316
16749719         +Codilis & Associates, PC,    Bankruptcy Department,    15W030 N. Frontage Rd. #100,
                   Burr Ridge, IL 60527-6921
16749720         +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
16749721         +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
16749728         +Goldman & Grant, Attys.,    205 W. Randolph St.-Suite 1100,    Chicago, IL 60606-1813
16749736         +Ingalls Memorial Hospital,    Bankruptcy Department,    1 Ingalls Drive,    Harvey, IL 60426-3558
16749725         +Kahn Sanford,    180 N. LaSalle, 2025,    Chicago, IL 60601-2611
16749715         +Monterey Financial SVC,    Attn: Bankruptcy Dept.,    4095 Avenida De La Plata,
                   Oceanside, CA 92056-5802
16749713         +Nissan Motor Acceptance,    Ross W Bartolotta,    Swanson Martin & Bell, LLP,
                   2525 Cabot Drive Suite 204,    Lisle, IL 60532-3628
16749732         +Quest Diagnostics,    Bankruptcy Department,    PO Box 64804,    Baltimore, MD 21264-4804
16749716         +TCF BANK,    C/O Professnl ACCT MGMT IN,    633 W Wisconsin Ave Ste,    Milwaukee, WI 53203-1918
16749722         +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
16749714         +United Collect BUR INC,    Attn: Bankruptcy Dept.,    5620 Southwyck Blvd Ste,
                   Toledo, OH 43614-1501
16749723         +Urban Equities,    Attn: Bankruptcy Dept.,    2141 E. 175th St.,    Lansing, IL 60438-1617
16749734         +Wellgroup Health Partners,    Bankruptcy Department,    333 Dixie Highway,
                   Chicago Heights, IL 60411-1748
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
16749733         +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 22 2015 01:27:18
                   Credit Collection Service,    Attn: Bankruptcy Dept.,    PO Box 9126,    Boston, MA 02114-0041
16749735         +E-mail/Text: cashnotices@gmail.com Apr 22 2015 01:26:59      First Rate Financial,
                   Bankruptcy Department,    9500 S. Halsted St.,    Chicago, IL 60628-1028
18415522          E-mail/Text: ebn@brm-corp.com Apr 22 2015 01:27:19      Monterey Financial Services,
                   c/o Bankruptcy Resource Management,    PO Box 3788,    Tustin, CA 92781-3788
                                                                                              TOTAL: 3
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
aty              Frank/Gecker LLP
16749731*        +Goldman & Grant, Attys.,    205 W. Randolph St.-Suite 1100,    Chicago, IL 60606-1813
16749717        ##+Chase,    Attn: Bankruptcy Dept.,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
                                                                                              TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2015                                    Signature:   /s/Joseph Speetjens

```
District/off: 0752-1           User: arodarte              Page 2 of 2              Date Rcvd: Apr 21, 2015
                               Form ID: pdf006             Total Noticed: 26
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2015 at the address(es) listed below:
          Clay  Mosberg    on behalf of Creditor   FV-1, Inc... cmosberg@fallaw.com,
           tgirard@fallaw.com;mpost@fallaw.com;bk@blittandgaines.com;bneubauer@fallaw.com
          Frances  Gecker   fgecker@fgllp.com,   fgecker@ecf.epiqsystems.com;csmith@fgllp.com
          Jon K. Clasing    on behalf of Debtor Daarina Sakinah Muhammad ndil@geracilaw.com
          Micah R Krohn    on behalf of Trustee Frances  Gecker mkrohn@fgllp.com,
           ccarpenter@fgllp.com;csmith@fgllp.com
          Nathan E Curtis    on behalf of Debtor Daarina Sakinah Muhammad ndil@geracilaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Ross W Bartolotta    on behalf of Creditor   Nissan Motor Acceptance rbartolo@smbtrials.com
                                                                                         TOTAL: 7
```