UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                  §
                                        §
DAARINA SAKINAH MUHAMMAD                §      Case No. 11-03994
                                        §
          Debtor(s)                     §
                                        §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            . The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Frances Gecker_____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | 1 Chase Attn: Bankruptcy Dept. 10790 Rancho Bernardo Rd San Diego CA 92127 |  |  |  |  |  |
|  | 2 City of Chicago Dept of Water Bankruptcy Department PO Box 6330 Chicago IL 60680 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 205 W. Randolph St.-Suite 1100 Chicago IL 60606 | | | | | |
| 3 | Monterey Financial SVC Attn: Bankruptcy Dept. 4095 Avenida De La Plata Oceanside CA 92056 | | | | | |
| 4 | Nissan Motor Acceptance Attn: Bankruptcy Dept. Po Box 660360 Dallas TX 75266 | | | | | |
| | Clerk, Chancery Doc#10 CH 09440 50 W. Washington St., Room 802 Chicago IL 60602 | | | | | |
| | Clerk, First Mun Div Doc # 09 M1 665143 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | | | | |
| | Codilis & Associates, PC Bankruptcy Department 15W030 N. Frontage Rd. #100 Burr Ridge IL 60527 | | | | | |
| | Goldman & Grant, Attys. | | | | | |
| 1 | MONTEREY FINANCIAL SERVICES | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frances Gecker | | | | | |
| Bank of New York Mellon | | | | | |
| FRANKGECKER LLP | | | | | |
| FRANKGECKER LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Aflac Attn: Bankruptcy Dept. 1932 Wynnton Rd. Columbus GA 31999 | | | | | |
| 10 | United Collect BUR INC Attn: Bankruptcy Dept. 5620 Southwyck Blvd Ste Toledo OH 43614 | | | | | |
| 11 | Urban Equities Attn: Bankruptcy Dept. 2141 E. 175th St. Lansing IL 60438 | | | | | |
| 12 | Wellgroup Health Partners Bankruptcy Department 333 Dixie Highway Chicago Heights IL 60411 | | | | | |
| | 180 N. LaSalle, 2025 Chicago IL 60601 | | | | | |
| 2 | City of Chicago/Dept. of Rev. Cost Recovery & Coll. Div. 121 N. LaSalle St., Room 107A Chicago IL 60602 | | | | | |
| | 205 W. Randolph St.-Suite 1100 Chicago IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 3 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 4 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| | 5 First Rate Financial Bankruptcy Department 9500 S. Halsted St. Chicago IL 60628 | | | | | |
| | 6 Ingalls Memorial Hospital Bankruptcy Department 1 Ingalls Drive Harvey IL 60426 | | | | | |
| | 7 Quest Diagnostics Bankruptcy Department PO Box 64804 Baltimore MD 21264 | | | | | |
| | 8 TCF BANK C/O Professnl ACCT MGMT IN 633 W Wisconsin Ave Ste Milwaukee WI 53203 | | | | | |
| | 9 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Clerk, First Mun Div 04 M1 729350 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | | | | |
| | Clerk, First Mun Div 09 M1 665143 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | | | | |
| | Credit Collection Service Attn: Bankruptcy Dept. PO Box 9126 Boston MA 02005 | | | | | |
| | Goldman & Grant, Attys. | | | | | |
| | Kahn Sanford | | | | | |
| 1A | MONTEREY FINANCIAL SERVICES | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 11-03994 | ABG | Judge: | A. Benjamin Goldgar | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | DAARINA SAKINAH MUHAMMAD | | | | Date Filed (f) or Converted (c): | 01/31/2011 (f) |
| | | | | | 341(a) Meeting Date: | 03/17/2011 |
| For Period Ending: | 06/16/2015 | | | | Claims Bar Date: | 02/29/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6248-6250 S. HONORE, CHICAGO, IL 60636 | 252,970.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT WITH - BANK OF AMERICA | 500.00 | 0.00 | | 0.00 | FA |
| 3. MONTEREY FINANCIAL SVC - 50 INCH TOSHIBA TELEVISIO | 100.00 | 100.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS; TV, DVD PLAYER, TV STAND, STEREO, | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS, COMPACT DISCS, TAPES/RECORDS, FAMILY PICTUR | 50.00 | 0.00 | | 0.00 | FA |
| 6. NECESSARY WEARING APPAREL. | 50.00 | 0.00 | | 0.00 | FA |
| 7. EARRINGS, WATCH, COSTUME JEWELRY | 100.00 | 0.00 | | 0.00 | FA |
| 8. TERM LIFE INSURANCE - NO CASH SURRENDER VALUE. | 0.00 | 0.00 | | 0.00 | FA |
| 9. 2010 EXPECTED TAX REFUND | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. NISSAN MOTOR ACCEPTANC - 2007 NISSAN ALTIMA | 11,300.00 | 710.00 | | 0.00 | FA |
| 11. BANK ACCOUNTS           (u) | 0.00 | 4,294.76 | | 3,950.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $268,570.00 | $5,104.76 | | $3,950.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS SUBMITTED A FINAL REPORT TO THE UST FOR REVIEW.

Initial Projected Date of Final Report (TFR): 10/01/2012      Current Projected Date of Final Report (TFR): 03/17/2015

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-03994 | Trustee Name: Frances Gecker |
| Case Name: DAARINA SAKINAH MUHAMMAD | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX6393 |
| | OPERATING ACCOUNT |
| Taxpayer ID No: XX-XXX4183 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/16/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/20/12 | 11 | DAARINA MUHAMMAD Personal Money Order | BANK ACCOUNT | 1229-000 | $1,000.00 | | $1,000.00 |
| 09/19/12 | 11 | DAARINA MUHAMMAD Personal Money Order | BANK ACCOUNT | 1229-000 | $350.00 | | $1,350.00 |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | $1,350.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $1,350.00 | $1,350.00 |
| Less: Bank Transfers/CD's | $0.00 | $1,350.00 |
| Subtotal | $1,350.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,350.00 | $0.00 |

Page Subtotals: $1,350.00 $1,350.00

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 11-03994 | Trustee Name: Frances Gecker |
| Case Name: DAARINA SAKINAH MUHAMMAD | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7149 |
| | GENERAL CHECKING |
| Taxpayer ID No: XX-XXX4183 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/16/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $1,350.00 | | $1,350.00 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $1.10 | $1,348.90 |
| 03/11/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEES | 2600-000 | | $8.90 | $1,340.00 |
| 03/18/13 | 11 | DAARINA MUHAMMAD Personal Money Order | BANK ACCOUNT | 1229-000 | $1,000.00 | | $2,340.00 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,330.00 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,320.00 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,310.00 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,300.00 |
| 08/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,290.00 |
| 08/12/13 | 11 | DAARINA MUHAMMAD Personal Money Order | BANK ACCOUNT | 1229-000 | $350.00 | | $2,640.00 |
| 09/09/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,630.00 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,620.00 |
| 11/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,610.00 |
| 12/06/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,600.00 |
| 01/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,590.00 |
| 02/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,580.00 |
| 08/11/14 | 11 | DAARINA MUHAMMAD Personal Money Order | BANK ACCOUNT | 1229-000 | $1,000.00 | | $3,580.00 |

Page Subtotals: $3,700.00   $120.00

UST Form 101-7-TDR (10/1/2010) (Page: 11)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-03994
Case Name: DAARINA SAKINAH MUHAMMAD
Trustee Name: Frances Gecker
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX7149
GENERAL CHECKING
Taxpayer ID No: XX-XXX4183
Blanket Bond (per case limit): $5,000,000.00
For Period Ending: 06/16/2015
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/10/15 | 11 | DAARINA MUHAMMAD<br>Personal Money Order | BANK ACCOUNT | 1229-000 | $250.00 | | $3,830.00 |
| 05/21/15 | 10000 | Frances Gecker<br>325 N. LaSalle Street<br>Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $800.00 | $3,030.00 |
| 05/21/15 | 10001 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $2,500.00 | $530.00 |
| 05/21/15 | 10002 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $1.35 | $528.65 |
| 05/21/15 | 10003 | MONTEREY FINANCIAL SERVICES<br>C/O BANKRUPTCY RESOURCE MANAGEMENT<br>PO BOX 3788<br>TUSTIN, CA 92781-3788 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 7100-000 | | $430.29 | $98.36 |
| 05/21/15 | 10004 | MONTEREY FINANCIAL SERVICES<br>C/O BANKRUPTCY RESOURCE MANAGEMENT<br>PO BOX 3788<br>TUSTIN, CA 92781-3788 | Final distribution to claim 1 representing a payment of 98.36 % per court order. | 4110-000 | | $98.36 | $0.00 |

|   |   |
|---|---|
| COLUMN TOTALS | $3,950.00   $3,950.00 |
| Less: Bank Transfers/CD's | $1,350.00   $0.00 |
| Subtotal | $2,600.00   $3,950.00 |
| Less: Payments to Debtors | $0.00   $0.00 |
| Net | $2,600.00   $3,950.00 |

Page Subtotals: $250.00   $3,830.00

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6393 - OPERATING ACCOUNT | $1,350.00 | $0.00 | $0.00 |
| XXXXXX7149 - GENERAL CHECKING | $2,600.00 | $3,950.00 | $0.00 |
| | $3,950.00 | $3,950.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $3,950.00 |
| Total Gross Receipts: | $3,950.00 |

Page Subtotals:   $0.00   $0.00